UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMON CAUSE, CITY OF ATLANTA, CITY OF PATERSON, PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, ROBERTO AGUIRRE, SHEILA AGUIRRE, PAULA AGUIRRE, ANDREA M. ALEXANDER, DEBRA DE OLIVEIRA, SARA PAVON, JONATHAN ALLAN REISS, and MYRNA YOUNG,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J TRUMP, in his official capacity as President of the United States,<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce,<br><br>CHERYL L. JOHNSON, in her official capacity as the Clerk of the United States House of Representatives,<br><br>  Defendants. | No. 1:20-cv-02023-CRC |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CHERYL L. JOHNSON, IN HER OFFICIAL CAPACITY AS THE CLERK OF THE UNITED STATES HOUSE OF REPRESENTATIVES, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Common Cause, City of Atlanta, City of Paterson, Partnership for the Advancement of New Americans, Roberto Aguirre, Sheila Aguirre, Paula Aguirre, Andrea M. Alexander, Debra de Oliveira, Sara Pavon, Jonathan Allan Reiss, and Myrna Young, by and through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Cheryl

L. Johnson, in her official capacity as the Clerk of the United States House of Representatives. Defendant Cheryl L. Johnson has not answered or moved for summary judgment, so an order of the Court is not required under Rule 41(a)(1)(A)(i). This notice of voluntary dismissal shall have no effect on Plaintiffs' pending claims against the remaining Defendants.

DATED:  July 31, 2020

By:   */s/ Daniel S. Ruzumna*
Daniel Ruzumna (D.C. Bar No. 450040)

**BONDURANT MIXSON & ELMORE LLP**
EMMET J. BONDURANT*
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Fax: (404) 881-4111
bondurant@bmelaw.com

**PATTERSON BELKNAP WEBB & TYLER LLP**
GREGORY L. DISKANT*
DANIEL S. RUZUMNA (D.C. Bar No. 450040)
ARON FISCHER*
JONAH M. KNOBLER*
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222
gldiskant@pbwt.com

*Attorneys for Plaintiffs*
*\* pro hac vice application forthcoming*

**McDERMOTT WILL & EMERY**
MICHAEL B. KIMBERLY (D.C. Bar No. 991549)
500 North Capitol Street, NW
Washington, D.C. 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
mkimberly@mwe.com

*Attorney for the Individual and Organizational Plaintiffs*