# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | No. 1:20-cv-02023-CRC |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
### TO CONVENE A THREE-JUDGE COURT

Defendants in the above-captioned matter write to notify the Court that they do not oppose Plaintiffs' request to convene a three-judge court under 28 U.S.C. § 2284.  *See* ECF No. 29.

DATED: August 13, 2020            Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

<u>/s/       Brad P. Rosenberg     </u>
DIANE KELLEHER
BRAD P. ROSENBERG (DC Bar No. 467513)
Assistant Branch Directors
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 514-3374
Email: brad.rosenberg@usdoj.gov

*Counsel for Defendants*