## DECLARATION OF SARA PAVON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, AN EXPEDITED TRIAL

Pursuant to 28 U.S.C. § 1746(2), I, Sara Pavon, hereby declare:

1. I am a naturalized U.S. citizen and a resident of Queens, New York City, New York.

2. My zip code is 11370.

3. I am a member of Common Cause.

4. I am of Latina ethnicity and Ecuadorean national origin.

5. I am a registered voter, and I regularly exercise my right to vote.

6. I regularly contact my congressional representatives to express my concerns on various legislative issues.

7. My children attend public schools. I regularly take public transportation. I rely on the integrity of the infrastructure in my area, including the roads.

8. It is my understanding that, if undocumented immigrants are excluded from the tabulation of population for purpose of congressional apportionment, my state is likely to lose a congressional representative. This would mean fewer elected officials responding to and advocating for the needs of my state. In addition, my congressional representative would have a greater volume of constituents, and would be less able to respond to my concerns.

9. I believe that, if my state loses a congressional representative, my state, and my district, will be less able to obtain favorable legislation.

10. It is also my understanding that, if my state loses a congressional representative, my community will receive fewer federal resources.

11. In addition, if my state loses a congressional representative, it will lose an elector. As a result, my vote will hold less influence over the Electoral College and the election of the President.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: August 14, 2020

By: _____
Sara Pavon