UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMON CAUSE, CITY OF ATLANTA, CITY OF DAYTON, CITY OF PATERSON, CITY OF PORTLAND, CENTER FOR CIVIC POLICY, MASA, NEW JERSEY CITIZEN ACTION, NEW MEXICO ASIAN FAMILY CENTER, NM COMUNIDADES EN ACCIÓN Y DE FE, PARTNERSHIP FOR THE ADVANCEMENT OF NEW AMERICANS, ROBERTO AGUIRRE, SHEILA AGUIRRE, PAULA AGUIRRE, ANDREA M. ALEXANDER, ANGELO ANCEHTA, CYNTHIA DAI, SIMON FISCHER-BAUM, STAN FORBES, CONNIE GALAMBOS MALLOY, RAQUEL MORSY, NORMA MOTE, DEBRA DE OLIVEIRA, LILBERT ROY ONTAI, SARA PAVON, COLEEN P. STEVENS PORCHER, JEANNE ELLEN RAYA, JONATHAN ALLAN REISS, JOSANNA SMITH, THAD SMITH, INGE SPUNGEN, IRENE STERLING, DENNIS VROEGINDEWEY, SUSAN N. WILSON, and MYRNA YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>UNITED STATES DEPARTMENT OF COMMERCE, and<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce,<br><br>BUREAU OF THE CENSUS, an agency within the United States Department of Commerce, 4600 Silver Hill Road, Washington, DC 20233<br><br>and<br><br>STEVEN DILLINGHAM, in his official capacity as Director of the Bureau of the Census, 4600 Silver Hill Road, Washington, DC 20233, | No. 1:20-cv-02023-CRC |

Defendants.

## DECLARATION OF JONATHAN ALLAN REISS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, AN EXPEDITED TRIAL

Pursuant to 28 U.S.C. § 1746(2), I, Jonathan Allan Reiss, hereby declare:

1. I am a naturalized U.S. citizen and a resident of Manhattan, New York City, New York.

2. My zip code is __10024___.

3. I am a member of Common Cause.

4. I am of Caucasian ethnicity and Canadian national origin.

5. I am a registered voter, and I regularly exercise my right to vote.

6. I regularly contact my congressional representatives to express my concerns on various legislative issues.

7. I regularly take public transportation. I rely on the integrity of the infrastructure in my area, including the roads.

8. It is my understanding that if undocumented immigrants are excluded from the tabulation of population for purpose of congressional apportionment my state is likely to lose a congressional representative. This would mean fewer elected officials responding to and advocating for the needs of my state. In addition, my congressional representative would have a greater volume of constituents, and would be less able to respond to my concerns.

9. I believe that, if my state loses a congressional representative, my state, and my district, will be less able to obtain favorable legislation.

10. It is also my understanding that, if my state loses a congressional representative, my community will receive fewer federal resources.

11. In addition, if my state loses a congressional representative, it will lose an elector. As a result, my vote will hold less influence over the Electoral College and the election of the President.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: August 14, 2020

By: _____
Jonathan Allan Reiss