# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**September Term, 2019**

20cv2023

No. 496

Common Cause, *et al.*,

    Plaintiffs,

v.

Donald J. Trump, *et al.*,

    Defendants.



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  AUG 2 4 2020

CLERK

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

    The Honorable Christopher R. Cooper, Judge, United States District Court for the District of Columbia, having notified me of his conclusion that the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested that such a three-judge court be appointed to hear and decide this case, it is

    **ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Gregory G. Katsas, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Dabney L. Friedrich, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Christopher R. Cooper as members of the court to hear and determine this case.  Judge Katsas will preside.

                                                                     _____
                                                                       Sri Srinivasan
                                                                       Chief Judge

Date: August 24, 2020