UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

COMMON CAUSE, et al.

        Plaintiffs,

v.

DONALD J. TRUMP, et al.

        Defendants.

No. 1:20-cv-02023- CRC-GGK-DLF

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITIES**

Plaintiffs write concerning three developments relevant to this case.

First, on September 29, 2020, the Government produced the e-mail attached as Exhibit A in *National Urban League v. Ross*, No. 20-cv-5799 (N.D. Cal.). In that e-mail, Census Bureau Deputy Director Ron Jarmin informed Commerce Secretary Wilbur Ross that, assuming census "field work" was complete on October 5, the Bureau could produce a count of "unlawful aliens in ICE Detention Centers by 12/31," and that the "*[o]ther PM [i.e., Presidential Memorandum] related outputs* would be pushed to 1/11/2021" (emphasis added). This e-mail confirms that, even as of late September, the Bureau had concrete plans regarding implementation of the Memorandum, the details of which the Government has declined to divulge—concrete enough that the Bureau knew precisely how many days it would take to carry them out—and that those plans plainly go beyond mere subtraction of "aliens in ICE Detention Centers."

Second, on October 14, 2020, a three-judge court of the District of Maryland heard oral argument in *Useche v. Trump*, No. 8:20-cv-2225, another challenge to the Memorandum. The transcript is attached as Exhibit B. That entire colloquy is relevant to the motions *sub judice*. In particular, Plaintiffs direct this Court to: (1) the *Useche* panel's discussion of the import of the

Jarmin email (discussed *supra*) and the Fontenot Declaration (*Common Cause* ECF No. 76-1) as to standing and ripeness, *see* Ex. B at 7:8-23, 9:3–11:14, 12:10-15, 21:13–22:6, 23:10–24:4, 27:12–28:15, 40:8-22, 65:20–66:14; (2) the panel's suggestions that the Government is not being candid regarding the Bureau's concrete plans to implement the Memorandum, *see id.* at 10:24–11:2, 12:6-9, 20:3-11, 29:19-25; and (3) the panel's discussion of why a post-apportionment remedy may be inadequate, *see id.* at 12:1-21, 13:24–18:15, 58:15–60:8, 68:2–69:19.

Finally, on October 16, the Supreme Court agreed to hear oral argument on the merits in *Trump v. New York*, No. 20-366, on November 30, 2020. Plaintiffs respectfully request that this Court decide the pending motions expeditiously so that this case can be appealed to and resolved by the Supreme Court at the same time it decides *New York*. As Plaintiffs have previously noted, although the issues in the two cases are overlapping, this case involves different categories of plaintiffs, different causes of action, and different evidence vis-à-vis standing and ripeness, so the Supreme Court's judgment in *New York* may not be conclusive here. It would therefore serve the interests of judicial economy and the orderly administration of justice for the Supreme Court to consider and decide both cases at the same time.

DATED: October 17, 2020

/s/ *Daniel S. Ruzumna*

Daniel S. Ruzumna (D.C. Bar No. 450040)

**BONDURANT MIXSON & ELMORE LLP**
EMMET J. BONDURANT*
1201 West Peachtree Street NW
Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Fax: (404) 881-4111
bondurant@bmelaw.com

**PATTERSON BELKNAP WEBB & TYLER LLP**
GREGORY L. DISKANT*

DANIEL S. RUZUMNA (D.C. Bar No. 450040)
ARON FISCHER*
JONAH M. KNOBLER*
PETER A. NELSON*
J. JAY CHO*
DEVON HERCHER*
ABIGAIL E. MARION*
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222
gldiskant@pbwt.com

*Attorneys for Plaintiffs*
\* admitted *pro hac vice*

### McDERMOTT WILL & EMERY

MICHAEL B. KIMBERLY (D.C. Bar No. 991549)
500 North Capitol Street, NW
Washington, D.C. 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
mkimberly@mwe.com

*Attorney for the Individual and Organizational Plaintiffs*