## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMON CAUSE, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP, et al.**, <br><br> Defendants. | Case No. 1:20-cv-02023 (CRC) (GGK) (DLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendants' motion to dismiss is GRANTED. It is further

**ORDERED** that the plaintiffs' motion for partial summary judgment is DENIED AS MOOT. It is further

**ORDERED** that the plaintiffs' motion to expedite trial on the merits is DENIED AS MOOT. It is further

**ORDERED** that the plaintiffs' motion to expedite proceedings is DENIED AS MOOT. It is further

**ORDERED** that this case is DISMISSED WITHOUT PREJUDICE.

This is a final appealable order.

**SO ORDERED**.

_____
GREGORY G. KATSAS
United States Circuit Judge

_____
DABNEY L. FRIEDRICH
United States District Judge

Date: November 25, 2020